UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL G. HAGG,

      Plaintiff,

Case No. 12-14971

Honorable John Corbett O'Meara

v.

ENTERTAINMENT PUBLICATIONS, L.L.C.,

      Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Randall G. Hagg filed a complaint in this matter alleging the following causes of action: Count I, sex discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e); Count II, retaliation under Title VII; Count III, sex discrimination under Michigan's Elliott-Larsen Civil Rights Act ("ELCRA"), Mich. Comp. Laws Ann. § 37.2101; Count IV, retaliation under ELCRA; and Count V, breach of contract.

Although Plaintiff's causes of action arising under federal statutes are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Therefore, it is hereby **ORDERED** that Counts III, IV and V are **DISMISSED.**

                                s/John Corbett O'Meara
                                United States District Judge

Date: February 27, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 27, 2013, using the ECF system.

              s/William Barkholz
              Case Manager